IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE MINISTRY OF FINANCE OF THE RUSSIAN FEDERATION and GOKHRAN, as successor in interest to the COMMITTEE OF THE RUSSIAN FEDERATION ON PRECIOUS METALS AND GEMS,<br><br>Plaintiffs,<br><br>v.<br><br>Rajiv GOSAIN, an individual, Mai VU, an individual, MVA Resources, Inc., a/k/a MVA, Inc., a California corporation, and Irina KOZLENOK, an individual,<br><br>Defendants.<br>_____/ | No. C 03-1401 SBA<br><br>**ORDER** |

  This matter comes before the Court on Plaintiffs' The Ministry of Finance of the Russian Federation and Gokhran ("Plaintiffs") motion for entry of default judgment [Docket No. 29]. The parties appeared before this Court on March 2, 2004 for a hearing. At the hearing it was established that neither Rajiz Gosain, Mai Vu, MVA Resources, Inc., nor Irina Kozlenok, (collectively, "Defendants") had appeared in this action or clearly manifested an intent to defend this action.

  Plaintiffs' original motion for entry of default judgment asked the Court to enter default judgment against Defendants as well as against Andrei Kozlenok, the ex-husband of defendant Irina Kozlenok. Andrei Kozlenok, however, was not a named Defendant in the instant matter. The Court asked the parties to submit supplemental briefing with respect to why Andrei Kozlenok was not a Defendant in the instant matter.

  Plaintiffs submitted additional memoranda and a revised proposed judgment on March 9, 2004

[Docket No. 34].

Having read and considered the arguments presented by Plaintiffs in the papers and good cause appearing,

IT IS HEREBY ORDERED THAT Plaintiffs' motion for default judgment is GRANTED as against Defendants Rajiz Gosain, Mai Vu, MVA Resources, Inc., and Irina Kozlenok.  It is hereby adjudged that Defendants Rajiz Gosain, Mai Vu, MVA Resources, Inc., and Irina Kozlenok have no ownership interest in Golden ADA, Inc.

IT IS FURTHER ORDERED THAT the Clerk of the Court shall deliver all shares and share certificates of Golden ADA, Inc. to Plaintiffs, by and through their counsel of record.

All matters calendared in this action are VACATED.  The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

                /s/ Saundra Brown Armstrong

Dated: 4/2/04                SAUNDRA BROWN ARMSTRONG
United States District Judge